IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **LARRY MIKE SITTON, individually and as executor of the estates of ODUS & LENA MAE SITTON, MARGO SITTON & STEPHEN DWAYNE SITTON d/b/a CIRCLE S. NURSERY,**<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES OF AMERICA,**<br><br>Defendant. | **CAUSE NO. 6:23-cv-00403** |

**AGREED ORDER APPROVING JOINT MOTION TO APPROVE STIPULATION IN SETTLEMENT OF COMPLAINT AND TO DISMISS LAWSUIT**

CAME ON for consideration the Joint Motion of **LARRY MIKE SITTON, individually and as executor of the estates of ODUS & LENA MAE SITTON, MARGO SITTON & STEPHEN DWAYNE SITTON d/b/a CIRCLE S. NURSERY** (collectively, the "Plaintiffs") and **UNITED STATES OF AMERICA,** on behalf of its agency, the **SMALL BUSINESS ADMINISTRATION** ("Defendant" or the "United States") for approval of the parties' stipulations in settlement of this complaint and to dismiss this lawsuit. Upon reviewing, considering and relying upon the Joint Motion, the Stipulations attached to the Motion, and this proposed order, all of which were approved and signed by counsel for the Plaintiffs and the Defendant, this Court finds that the Stipulations should be approved and adopted, and that this case should be dismissed pursuant to Rule 41 of the Federal Rules of Civil Procedure. It is, therefore.

ORDERED, ADJUDGED AND DECREED that the Joint Motion to Approve Stipulation in Settlement of Complaint and to Dismiss Lawsuit is hereby, in all things, granted. It is further,

ORDERED, ADJUDGED AND DECREED that that the Stipulations attached to the Joint Motion as ***Exhibit "1"*** are approved and adopted as the judgment of this Court.  It is further,

ORDERED, ADJUDGED AND DECREED that in reliance upon the Stipulations as a basis to do so, this Court grants voluntary dismissal this lawsuit under Rule 41 of the Federal Rules of Civil Procedure.  It is further,

ORDERED, ADJUDGED AND DECREED that this order constitutes a final, appealable order disposing of all claims and all parties, and that any relief not expressly granted herein is denied.  The Clerk of Court is directed to close this case.

So **ORDERED** and **SIGNED** this **28th** day of **December, 2023.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE